1  Frank C. Rothrock (SBN: 54452)
   frothrock@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  Naoki Kaneko (SBN: 252285)
   nkaneko@shb.com
4  SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
5  Irvine, California 92614
   Telephone: (949) 475-1500
6  Facsimile: (949) 475-0016

7  Attorneys for Defendant Tyson Foods, Inc.

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 SUSAN FITZPATRICK, on behalf of        )  Case No. 2:15-cv-02285-TLN-KJN
   herself and all others similarly situated, )
12                                          )  Judge: Hon. Troy L. Nunley
                Plaintiff,                  )  Ctrm.: 2
13                                          )
          vs.                               )  **DEFENDANT TYSON FOODS,
14                                          )  INC.'S NOTICE OF MOTION
   TYSON FOODS, INC.,                       )  AND MOTION TO DISMISS
15                                          )  PLAINTIFF'S COMPLAINT
                Defendant.                  )  AND EACH CLAIM THEREIN**
16                                          )
                                            )  [Fed. R. Civ. P. 12(b)(6)]
17                                          )
                                            )  (Filed concurrently with Memorandum
18                                          )  of Points & Authorities and [Proposed]
                                            )  Order)
19                                          )
                                            )  Date:  January 14, 2016
20                                          )  Time:  2:00 p.m.
                                            )  Ctrm.: 2
21                                          )
                                            )  Complaint filed: November 4, 2015
22                                          )

23

24

25

26

27

28

300407 V1

1

2

## NOTICE OF MOTION AND MOTION

3      PLEASE TAKE NOTICE that on January 14, 2016, at 2:00 p.m., or as soon

4   thereafter as the matter may be heard, in Courtroom 2, Robert T. Matsui United States

5   Courthouse, 501 I Street, Sacramento, California, 95814, defendant Tyson Foods, Inc.

6   will and hereby moves the Court for an order dismissing plaintiff's Complaint (Doc. 4)

7   and each claim alleged therein.

8      This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil

9   Procedure, and is based on the following grounds:

10      (1)   Each claim in the Complaint fails to state facts sufficient to provide a

11   short, plain statement showing that plaintiff is entitled to relief as required by Rule 8

12   of the Federal Rules of Civil Procedure;

13      (2)   Each claim in the Complaint fails to plead plaintiff's fraud-based claims

14   with the specificity required by Rule 9(b) of the Federal Rules of Civil Procedure;

15      (3)   Plaintiff lacks standing to pursue a claim for injunctive relief under any

16   of her theories of recovery because the Complaint does not and could not plausibly

17   allege that an injunction is necessary to prevent future injury to her; and

18      (4)   Plaintiff's failure to serve the affidavit of venue required by California

19   Civil Code § 1780(d) should require dismissal of the Complaint's claim under the

20   California Consumers Legal Remedies Act.

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO.  2:15-cv-02285-TLN-KJN

300407 V1

1    This motion is based on this Notice of Motion and Memorandum of Points and

2  Authorities filed concurrently herewith, the pleadings and documents on file in this

3  lawsuit, and such other evidence as may be presented at the hearing on this motion.

4

5  Dated:  December 4, 2015                    SHOOK HARDY & BACON L.L.P.

6

7                                              By:_____/s/ Frank C. Rothrock_____
                                                         Frank C. Rothrock
8                                                     Attorneys for Defendant
                                                        Tyson Foods, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO.  2:15-cv-02285-TLN-KJN

300407 V1

1

## PROOF OF SERVICE

2

3       I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine,

4 California 92614.

5

      On December 4, 2015, I served on the interested parties in said action the within:

6

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

7

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached

8 mailing list.

9 ☐     (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal

10       service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more

11       than 1 day after date of deposit for mailing in affidavit.

12 ☐     (E-MAIL) I caused such document(s) to be served via email on the interested parties at their e-mail addresses listed.

13

☐     (FAX) I caused such document(s) to be served via facsimile on the interested parties at their

14       facsimile numbers listed above. The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of

15       Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

16

☐     (HAND DELIVERY) By placing a true and correct copy of the above document(s) in a sealed

17       envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

18

☐     (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and

19       correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, and to be

20       delivered by their next business day delivery service to the addressee designated.

21 ☒     (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States

22       District Court for the **Eastern District of California**.

23       I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

24

25       Executed on December 4, 2015, at Irvine, California.

26

27     _____      _____
          Deborah Hohmann                            D. Hohmann
          (Type or print name)                           (Signature)

28

301542 v1

1

## SERVICE LIST

2

*Susan Fitzpatrick v. Tyson Foods, Inc.*
3 USDC-Eastern Case No:  2:15-cv-02285-TLN-KJN

4 John E. Norris (admitted *Pro Hac Vice*)
Davis & Norris, LLP
5 2154 Highland Ave. S.
Birmingham, Alabama 35205
6

7 Tel:   (205) 930-9900
Fax:  (205) 930-9989
8 jnorris@davisnorris.com
9 **Attorneys for Plaintiff**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

301542 v1