John E. Norris
Davis & Norris, LLP
2154 Highland Ave. S.
Birmingham, AL 35205
205-930-9900
Fax: 205-930-9989
jnorris@davisnorris.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | | |
|---|---|---|
| SUSAN FITZPATRICK, on behalf of herself and all others similarly situated, | ) ) ) | 2:15-CV-2285-TLN-KJN |
| Plaintiff, | ) ) ) | |
| v. | ) | Voluntary Dismissal |
| Tyson Foods, Inc., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S VOLUNTARY DISMISSAL OF THE COMPLAINT**

Plaintiff Susan Fitzpatrick hereby voluntarily dismisses this complaint without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Because the Defendants have served neither an answer nor a motion for summary judgment, Plaintiff may dismiss this case without leave of the court. This dismissal is without prejudice.

Respectfully submitted,

|    |                              |                        |
|----|------------------------------|------------------------|
| 34 |                              |                        |
| 35 |                              | /s/ John. E. Norris    |
| 36 |                              | John E. Norris         |
| 37 |                              | D. Frank Davis         |
| 38 |                              | Wesley W. Barnett      |
| 39 |                              | Dargan M. Ware         |
| 40 |                              | Kristan Rivers         |
| 41 |                              | Attorneys for Claimant |
| 42 |                              |                        |
| 43 | **OF COUNSEL:**              |                        |
| 44 | DAVIS & NORRIS LLP           |                        |
| 45 | The Bradshaw House           |                        |
| 46 | 2154 Highland Avenue South   |                        |
| 47 | Birmingham, Alabama 35205    |                        |
| 48 | Telephone: 205.930.9900      |                        |
| 49 | Facsimile: 205.930.9989      |                        |
| 50 | fdavis@davisnorris.com       |                        |
| 51 | jnorris@davisnorris.com      |                        |
| 52 | wbarnett@davisnorris.com     |                        |
| 53 | krivers@davisnorris.com      |                        |
| 54 | dware@davisnorris.com        |                        |
| 55 |                              |                        |
| 56 | Benjamin P. Tryk             |                        |
| 57 | Tryk Law, P.C.               |                        |
| 58 | 7050 N. Fresno St., Suite 210|                        |
| 59 | Fresno, CA 93720             |                        |
| 60 |                              |                        |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing document by Electronic Filing, or, if the party does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 2nd day of February, 2015:

Frank C. Rothrock
Naoki S. Kaneko
SHOOK, HARDY & BACON
5 Park Plaza, Ste. 1600
Irvine, CA 92614
949-475-1500
Fax: 949-475-0016
Email: frothrock@shb.com
      nkaneko@shb.com